```
1  Matthew A. Silverman, Esq. SBN 018919
2  Jessica R. Kenney, Esq. SBN 026615
   McCarthy, Holthus & Levine
3  8502 E. Via De Ventura, Suite 200
   Scottsdale, AZ 85258
4  Phone (602) 230-8726
5  Fax (480) 302-4101
```

**IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.**

The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

**Dated: March 09, 2011**



_____
**RANDOLPH J. HAINES**
**U.S. Bankruptcy Judge**
_____

6  Attorneys for Movant, Wells Fargo Bank, NA, its assignees and/or successors and the servicing
7  agent, Wells Fargo Home Mortgage

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

## PHOENIX DIVISION

| | |
|---|---|
| In re: | ) In Proceedings Under |
| | ) |
| Vicki L. Allen-Raines, | ) Chapter 7 |
| | ) |
| Debtor. | ) Case No. 2:10-bk-41341-RJH |
| _____ | ) |
| Wells Fargo Bank, NA, its assignees and/or successors and the servicing agent, Wells Fargo Home Mortgage, | ) **ORDER TERMINATING AUTOMATIC STAY** |
| Movant, | ) |
| v. | ) |
| Vicki L. Allen-Raines, Debtor; and Jill H. Ford, Chapter 7 Trustee, | ) |
| Respondents. | ) |

Wells Fargo Bank, NA, its assignees and/or successors and the servicing agent, Wells Fargo Home Mortgage ("Movant"), having filed a Motion for Relief from the Automatic Stay with respect to the hereinafter-described property after appropriate notice and opportunity for a hearing, and good cause appearing,

---

File No. AZ-11-42422      1     Case No. 2:10-bk-41341-RJH
Proof of Service of Order Terminating Automatic Stay

**IT IS THEREFORE ORDERED** that:

Any and all stays against lien enforcement, including the automatic stay of 11 U.S.C. § 362(a) and the automatic injunction of 11 U.S.C. § 524(a), are hereby vacated with respect to the property generally described as 21372 North 79th Drive, Peoria, AZ 85382, and Movant, its assignees and/or successors in interest, may proceed with a foreclosure of and hold a Trustee's sale of the subject property pursuant to the state law, and thereafter commence any action necessary to obtain complete possession of the subject property without further court order or proceeding being necessary.

**IT IS FURTHER ORDERED** that:

The Moving Party, at its option, may offer, provide and enter into any potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement as allowed by state law. The Movant may contact the Debtor via telephone or written correspondence to offer such an agreement. Any such agreement shall be non-recourse unless included in a reaffirmation agreement.

DATED:

_____
UNITED STATES BANKRUPTCY JUDGE